■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS J. BARRY, Appellant. [732 NYS2d 203] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of two counts of driving while intoxicated as a felony (Vehicle and Traffic Law § 1192 [2], [3]; § 1193 [1] [c]) and one count of aggravated unlicensed operation of a motor vehicle in the first degree (Vehicle and Traffic Law § 511 [3]). By failing to move to withdraw his plea or to vacate the judgment of conviction, defendant failed to preserve for our review his challenge to the factual sufficiency of the plea allocution (*see, People v Lopez,* 71 NY2d 662, 665; *People v Hill,* 254 AD2d 726, *lv denied* 92 NY2d 1050). In any event, the plea allocution was factually sufficient to support defendant's plea. The bargained-for sentence is neither unduly harsh nor severe. (Appeal from Judgment of Ontario County Court, Harvey, J.—Felony Driving While Intoxicated.) Present—Pine, J. P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.

■ In the Matter of KEVIN REDANZ, Petitioner, v CITY OF BUFFALO et al., Respondents. [732 NYS2d 203] —Order unanimously vacated without costs and matter remitted to Supreme Court for further proceedings on petition (*see, Matter of Pierino v Brown,* 281 AD2d 960). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Erie County, Rath, Jr., J.) Present—Pine, J. P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.